EDWIN H. VAN DEUSEN V. NANCY J. NEWCOMER.

*Costs for undue prolixity of record.*

The Supreme Court only, and not the clerk, can determine whether a record is unduly prolix, and impose penalties therefor or fix deductions from costs recovered.

MOTION for retaxation of costs.    Submitted April 8. Denied April 9.    Defendant in error moved for a retaxation of costs, because the clerk had refused to reduce the allowance for printing the record, and for the return, she claiming that it was needlessly prolix, and that no allowance should be made for matters introduced beyond what was reasonably necessary.    Reliance was had on Rule 59 of this court.

*E. A. Fraser* for the motion.

*O. W. Powers* against.

PER CURIAM.    The clerk has no authority to determine what deduction should be made on account of undue prolixity.    It rests entirely with the court to determine whether such an abuse exists, and this will be done usually when the case is disposed of.    It is not always the fault of the appealing party that the record assumes undue proportions, and he should not be punished unless in fault.    In the present case we were not satisfied there was any such fault in the plaintiff in error as to bring him within the rule, and we therefore did not, and shall not now impose any penalty, or make any deduction.

Motion denied.